IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03547-MEH

YAN WANG,
    Plaintiff,

v.

MIYAKO INC., and XIANGXING LIN,
    Defendants.

---

**ATTORNEY TREVOR H. MCGARVEY'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS MIYAKO INC. AND XIANGXING LIN**

---

COMES NOW, Trevor H. McGarvey, Attorney at Law, and hereby moves this Court for an order granting permission to withdraw as attorney of record for Defendants Miyako Inc. and Xiangxing Lin in the above captioned case.

Further, Counsel respectfully requests that the Court extend existing deadlines in this matter to a later date sufficient to allow for Defendants to obtain new counsel and/or file appropriate pleadings with the Court. In support, Counsel states as follows:

1. Attorney Trevor H. McGarvey, for good cause, seeks to withdrawal his representation of Defendants Miyako Inc. and Xiangxin Lin.

2. Substantial and irreconcilable conflicts have arisen between Counsel and Defendants regarding the terms, scope, and direction of counsel's representation in this matter.

3. Counsel notified Defendants regarding the existence of these conflicts and his intent to withdraw if they were not addressed on multiple occasions dating back to mid-May of 2021.

4. To date, there has been no change in circumstances and Counsel's continued representation of Defendants would result in a violation of the Colorado Rules of Professional Conduct.

5. Counsel's duty of confidentiality to both Defendants under Rule 1.6, Colorado Rules of Professional Conduct, prevents any further elaboration on the nature or details of the conflicts.

6. Counsel took steps to safeguard Defendants' interests by providing notice, dating back to mid-May, that there were grounds for Counsel to seek to withdraw and that Counsel intended to withdraw if they were not addressed. Defendants have had approximately 2 months to seek new counsel or address the existing conflicts.

7. There is currently no trial date set in this matter. Dispositive Motions are due August 13 and a final pretrial conference is scheduled for October 4, 2021. There are upcoming discovery deadlines including a discovery cut-off date of July 16.

8. To further protect Defendants' interest, Counsel respectfully moves this Court to extend any impending deadlines that currently exist in the matter to a later date sufficient to allow to Defendant to obtain new counsel and/or file appropriate pleadings.

9. Counsel's withdraw will not unduly prejudice Defendants or cause substantial delay as Defendants have had ample notice and there has not yet been a trial date set in this matter.

10. Counsel hereby certifies Notice of his Intent to Withdraw as Counsel was provided to Defendants Miyako Inc. and Xiangxin Lin in writing prior to this Motion being filed in compliance with D.C.COLO.LAttyR 5(b). The Notice included advisement of the following:

   i)   that the Defendants would be personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. The

following deadlines were noted:

a) Plaintiff Discovery Request 1 – Response due July 11, 2021;

b) Plaintiff Discovery Request 2 – Response due July 15, 2021;

c) Discovery Cut-off: July 16, 2021.

d) Dispositive Motion Deadline:  August 13, 2021

e) Final Pre-Trial Conference – October 4, 2021 @ 10:45 AM.

ii) That Defendant Miyako Inc., as a corporation, partnership, or other legal entity, may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

**WHEREFORE**, based on the above, Attorney Trevor H. McGarvey respectfully moves the Court for an order withdrawing his appearance as counsel of record for Defendant's Miyako Inc. and Xianxing Lin and further extending existing deadlines in the case to allow Defendants sufficient time to obtain new counsel and/or file appropriate pleadings in this matter.

DATED this 11th day of July, 2021

**Trevor H. McGarvey, Attorney at Law**

By:  /s/ Trevor H. McGarvey
Trevor McGarvey, Co. Reg. #48363
1888 Sherman St. Suite 200
Denver, CO 80203
720.538.0375 (Office)
720.343.9896 (Cell)
thmcgarveyattorney@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David Meretta – djm@millerandlaw.com